Karen Sue Naylor - Bar No. 144273
**Chapter 7 Trustee**
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone    (949) 851-7450
Facsimile    (949) 851-6926
Email        karen@ringstadlaw.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No.: 8:25-bk-11603 SC |
| | ) |
| **HISTOPATHOLOGY SERVICES INC.,** | ) Chapter 7 |
| | ) |
| | ) |
| Debtor. | ) **NOTICE OF INTENT TO ABANDON** |
| | ) **PROPERTY OF THE ESTATE** |
| | ) |
| | ) |
| | ) [No Hearing Set] |
| | ) |
| | ) |

   **PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)], Karen Sue Naylor, the duly appointed, qualified and acting Trustee of the estate of the above-captioned Debtor, intends to abandon the following property set forth in the Debtor's Schedules effective as of the petition date as burdensome and of inconsequential value to the estate:

**2017 Ford Fusion Energi; VIN ending 1197**
**2022 Cadillac CT5; VIN ending 2817**
**(collectively "Vehicles")**

   After taking into consideration the values of the Vehicles as set forth by the Debtor, the liens set forth in Schedule D and the costs of sale, the Vehicles are burdensome and of inconsequential value to the estate.

   Pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)] and Federal Rules of Bankruptcy Procedure Rule 6007, said property will be

1

1    abandoned, without further hearing, or Order, unless within fourteen (14) days after

2    service of this notice, a creditor or other interested party files a written objection and
request for hearing with the Clerk of the Bankruptcy Court at 411 West Fourth Street

3    Santa Ana CA 92701. **SEE LOCAL BANKRUPTCY RULE 6007-1.**

4

5    Date: August _1_, 2025

6                                     Karen Sue Naylor
Chapter 7 Trustee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:

23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 1, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Karen S Naylor (TR)**    alane@ringstadlaw.com,
  knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) August 1, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy:
Honorable Scott C. Clarkson, US Bankruptcy Court, Ronald Regan Federal Building, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

☒ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 1, 2025 | Arlene Martin | */s/ Arlene Martin* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-8
Case 8:25-bk-11603-SC
Central District of California
Santa Ana
Fri Aug  1 11:57:42 PDT 2025

ALW Bank c/o NJS Portfolio Services LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Histopathology Services Inc.
15012 Red Hill Ave. Suite H
Tustin, CA 92780-6524

~~Santa Ana Division~~
~~411 West Fourth Street, Suite 2030,~~
~~Santa Ana, CA 92701-4500~~

ADP
7000 Village Drive
Buena Park, CA 90621-2287

AP Easy Software
10065 Red Run Blvd.
Ste 150
Owings Mills, MD 21117-5566

Agilent Technologies Inc.
2850 Centerville Road
Wilmington, DE 19808-1610

Agilent Technologies, Inc.
4187 Collections Center Drive
Chicago, IL 60693-0001

Ahura Investments LLC
22805 Channel View
Laguna Niguel, CA 92677-5416

Airgas USA, LLC
PO BOX 102289
Pasadena, CA 91189-2289

Alex A. Acceta CPA & Associates
8840 Warner Ave.
Suite 204
Fountain Valley, CA 92708-3233

Ally Servicing LLC
P.O. Box 380902
Minneapolis, MN 55438-0902

American Arbitration Association
120 Broadway 21st Floor
New York, NY 10271-2700

American Proficiency Institute
P.O. Box 7592
Carol Stream, IL 60197-7592

Anna C. Hernandez
2506 W California St
Santa Ana, CA 92704-4016

B-MIT, LLC
1100 W. Town and Country Rd
Ste 1250
Orange, CA 92868-4633

Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796

Behrouz Mehraein
3131 Michelson Drive, Unit 305
Irvine, CA 92612-5659

Bio Rad Laboraties
P.O. Box 849740
Los Angeles, CA 90084-9740

Blue Shield of California
P.O. Box 749415
Los Angeles, CA 90074-9415

Buckner Robinson & Mirkovich
3146 Red Hill Ave
Ste 200
Costa Mesa, CA 92626-3415

CA 4-14 Fund, LLC
P.O. Box 209421
Austin, TX 78720-9281

Cerilliant Corporation
c/o U.S. Bank
CN-OH-L1WH Lockbox 005634
5065 Wooster Road
Cincinnati, OH 45226-2326

City of Tustin
300 Centennial Way
Tustin, CA 92780-3767

CollaboratedMD
111 N Magnolia Ave, Ste 1100
Orlando, FL 32801-2370

College of American Pathologists
325 Waukegan Rd.
Winnetka, IL 60093-2750

CompuGroup Medical US
10065 Red Run Blvd., Ste. 150
Owings Mills, MD 21117-5566

Conquer Scientific
6259 Progressive Ave. Suite 300
San Diego, CA 92154-6644

Costa Mesa Cadillac LLC
2600 Harbor Blvd
Costa Mesa, CA 92626-5228

Cox Business
P.O. Box 53280
Phoenix, AZ 85072-3280

D. Edward Hays
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


DMV
P.O. Box 942869
Sacramento, CA 94269-0001

David Nguyen
7560 E Country Side Rd
Anaheim, CA 92808-1381

Dawson & Dawson
2660 E. Coast Highway
Corona Del Mar, CA 92625-2133


(p)DEPARTMENT OF THE TREASURY BFS DMS
P O BOX 830794
BIRMINGHAM AL 35283-0794

Edith Moreno
15529 William Street
Apt. 1-3
Tustin, CA 92780-4141

Electon Microscopy Sciences (EMS)
1560 Industry Road
P.O. Box 550
Hatfield, PA 19440-0550


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Gas Generator Solutions, LLC
11031 N Main St
Jacksonville, FL 32218-4956

Gorilla Scientific
22660 Excutive Drive
Ste. 103
Sterling, VA 20166-9535


Hany Onsi Mattaous
17201 Ash Lane, APT B,
Huntington Beach, CA 92647-8816

Histologics
4095 E. La Palma Ave Suite N
Anaheim, CA 92807-1704

IMHQ, LLC
12451 Interior Circle
Los Alamitos, CA 90720-5106


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

International Diagnostic Equip, LLC
42075 Remington Ave Ste 108
Temecula, CA 92590-2558

Khodadad Mehraein
43 Silver Pine Drive
Newport Coast, CA 92657-1541


Kipu Systems LLC
P.O. Box 162708
Miami, FL 33116-2708

Laboratory Equipment Service & Supp
1512 W. Borden
San Marcos, CA 92069-7306

Laboratory Specialists Inc.
PO Box 176
Glen Rose, TX 76043-0176


(p)LEICA BIOSYSTEMS INC
ATTN SHARON HARRIS
300 E-BUSINESS WAY SUITE 270
CINCINNATI OH 45241-2384

Lipomed Inc.
150 Cambridge Park Drive
Suite 705
Cambridge, MA 02140-2300

Mahra Nourbakhsh Medical Corp.
27472 Homestead Rd.
Laguna Niguel, CA 92677-6600


Mansour Niroumand
50 Palatine Apt 303, Irvine
Irvine, CA 92612-5629

Mercedes Medical
P.O. Box 850001
Orlando, FL 32885-0123

MetroFax Inc.
700 S. Flower St.
15th Fl
Los Angeles, CA 90017-4101


Modernizing Medicine, Inc.
Department 3750
PO Box 123750
Dallas, TX 75312-3750

NeoGenomics Laboratories, Inc.
PO Box 947403
Atlanta, GA 30394-7403

Nidia J. Valle
12101 Fallingleaf Street
Garden Grove, CA 92840-4206

Ning Gecha
1909 Kimberly Avenue
Dinuba, CA 93618-4016

Normand Masourah
43 Silver Pine Drive
Newport Coast, CA 92657-1541

Office Ally
P.O. Box 872020
Vancouver, WA 98687-2020

DUPLICATE
Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701-4500

Pipette.com
10360 Sorrento Valley Rd.
San Diego, CA 92121-1600

Prodigy Scientific Inc.
5414 Oberlin Drive, Suite 150
San Diego, CA 92121-4751

Rankin Warehouse
10399 Enterprise Dr
Davisburg, MI 48350-1312

Richard-Allan Scientific, LLC
4481 Campus Drive
Kalamazoo, MI 49008-2590

Richard-Allen Scientific Co.
PO Box 735938
Chicago, IL 60673-5938

Safeguard Business Systems
Lockbox 229
P.O. Box 7247
Philadelphia, PA 19170-0001

Safety-Kleen Systems
P.O.Box 975201
Dallas, TX 75397-5201

Sigma-Aldrich Inc.
P.O. Box 734283
Chicago, IL 60673-4283

Small Business Computers of New Eng
53 Goffstown Rd., Ste 2
Manchester, NH 03102-2737

South Coast Water Co
401 S. Santa Fe Street
Santa Ana, CA 92705-4139

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0010

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

State Farm Insurance Companies
P.O.Box 680001
Dallas, TX 75368-0001

Statlab
P.O. Box 678056
Dallas, TX 75267-8056

Summit Specialty Laboratory LLC
7560 E. Countryside Road
Anaheim, CA 92808-1381

The Gas Co
P.O Box C
Monterey Park, CA 91756-5111

ThermoFisher Scientific
P.O. Box 735938
Chicago, IL 60673-5938

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448

U.S. Centers for Medicare/Medicaid
7500 Security Boulevard
Windsor Mill, MD 21244-1849

VIA NEF
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

UPS
P.O. Box 650116
Dallas, TX 75265-0116

United Concordia
4401 Deer Path Rd
Harrisburg, PA 17110-3907

Unlock Legal
137 S. Prospect Ave.
Tustin, CA 92780-3616

Veolia ES Technical Solution, LLC
P.O. Box 102296
Pasadena, CA 91189-2296

Veolia ES Technical Solutions, L.L.C.
53 State Street, 14th Floor
Boston, MA 02109-3205

Viviana Alvarez
7476 El Sol Way
Riverside, CA 92504-4607

Vantage Business Solutions
1375 Peachtree St NE
#200
Atlanta, GA 30309-3101

Wei Tian
21641 Midcrest Drive
Lake Forest, CA 92630-6584


Zachary Steel
12451 Interior Circle
Los Alamitos, CA 90720-5106

iDrive Inc.
26115 Mureau Road
Ste A
Calabasas, CA 91302-3179

VIA NEF
(p)KAREN S NAYLOR  TR
23101 LAKE CENTER DRIVE SUITE 355
LAKE FOREST CA 92630-6813


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 830794
Birmingham, AL 35283-0794

Leica Microsystems Inc.
1700 Leider Lane
Buffalo Grove, IL 60089

State Board of Equalization
Special Operations BK Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279


U.S. Bank
P.O. Box 790179
Saint Louis, MO 63179-0179

Karen S Naylor (TR)
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

(d)Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(d)Histopathology Services Inc.
15012 Red Hill Ave., Ste H
Tustin, CA 92780-6524


(d)ThermoFisher Scientific
P.O. Box 735938
Chicago, IL 60673-5938

(d)D Edward Hays
Marshack Hays Wood LLP
870 Roosevelt
Irvine, CA 92620-3663

End of Label Matrix
Mailable recipients    95
Bypassed recipients     5
Total                 100